889 A.2d 500

**Raymond SMOLSKY, Appellant**

v.

**Jeffrey BEARD, Secretary of the Department of Corrections, Appellee.**

Supreme Court of Pennsylvania.

Dec. 27, 2005.

546

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of December, 2005, the Order of the Commonwealth Court is hereby AFFIRMED.